Dana J. Finberg (SB# 257459)
dfinberg@ohaganmeyer.com
Kristal Sinaj (SB# 351747)
ksinaj@ohaganmeyer.com
**O'HAGAN MEYER**
One Embarcadero Center
Suite 2100
San Francisco, CA 94111
Telephone: (415) 578-6900

Charles J. Meyer (pro hac vice application forthcoming)
cjmeyer@uspatent.com
**WOODARD, EMHARDT, HENRY,**
**REEVES & WAGNER, LLP,**
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
Telephone: (317) 634-3456

*Attorneys for Plaintiff CLAIMABLE LIMITED*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| Claimable Limited, a United Kingdon private limited company | Case No.: |
| Plaintiff, | **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | **DEMAND FOR JURY TRIAL** |
| Claimable Inc., a Delaware Corporation | |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Plaintiff Claimable Limited, hereby give notice of the following corporate interests:

1. All parent companies of the corporation:  NONE.

2. All subsidiaries not wholly owned by the corporation:  NONE.

3. Any publicly held company that owns 10% or more of the corporation:  NONE.

Respectfully submitted,

Dated: July 22, 2025

/s/Dana J. Finberg

Dana J. Finberg SBN 257459
Kristal Sinaj SBN 351747
O'HAGAN MEYER
Email:
dfinberg@ohaganmeyer.com
ksinaj@ohaganmeyer.com
One Embarcadero, Suite 2100
San Francisco, California 94111
Tel.: (415) 578-6900

Charles J. Meyer (PHV forthcoming)
WOODARD, EMHARDT, HENRY,
REEVES & WAGNER, LLP,
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
(317) 634-3456 – Telephone
(317) 637-7561 – Facsimile
Email:   cjmeyer@uspatent.com

***Attorneys for Plaintiff Claimable Limited***