| TO:<br><br>**Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Eastern California on the following    ☐ Patents or  ☑ Trademarks:

| DOCKET NO.<br>**2:25–CV–02048–WBS–SCR** | DATE FILED<br>**7/23/25** | **US District Court Eastern California**<br>**Sacramento** |
|---|---|---|
| PLAINTIFF<br><br>**CLAIMABLE LIMITED,** | | DEFENDANT<br><br>**CLAIMABLE INC.,** |

| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
|---|---|---|
| **1** 98516533 | April 24, 2024 | Claimable Limited |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above–entitled case the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐  Amendment    ☐  Answer    ☐  Cross Bill    ☐  Other Pleadings | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| **1** | | |
| **2** | | |
| **3** | | |
| **4** | | |
| **5** | | |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |