

United States District Court
Eastern District of California

Claimable Limited

Plaintiff(s)

Case Number: 2:25-cv-02048-WBS-SCR

V.

Claimable Inc.

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Christopher B. Roberts hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Claimable Limited

On 12/03/2020 (date), I was admitted to practice and presently in good standing in the
Supreme Court of Indiana (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: 07/22/2025          Signature of Applicant: /s/ Christopher B. Roberts

**Pro Hac Vice Attorney**

Applicant's Name: Christopher B. Roberts

Law Firm Name: Woodard, Emhardt, Henry, Reeves & Wagner LLP

Address: 111 Monument Circle, Suite 3700

City: Indianapolis    State: IN    Zip: 46204

Phone Number w/Area Code: (317) 634-3456

City and State of Residence: Indianapolis, Indiana

Primary E-mail Address: croberts@uspatent.com

Secondary E-mail Address: docketdept@uspatent.com;dsneed@uspatent.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Dana J. Finberg

Law Firm Name: O'Hagan Meyer

Address: One Embarcadero, Suite 2100

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: (415) 578-6900    Bar #: 257459

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE