Charles J. Meyer (pro hac vice)
Christopher B. Roberts (pro hac vice)
cjmeyer@uspatent.com
croberts@uspatent.com
**WOODARD, EMHARDT, HENRY,**
**REEVES & WAGNER, LLP,**
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
Telephone: (317) 634-3456


Dana J. Finberg (SB# 257459)
dfinberg@ohaganmeyer.com
**O'HAGAN MEYER**
One Embarcadero Center
Suite 2100
San Francisco, CA 94111
Telephone: (415) 578-6900


*Attorneys for Plaintiff*
*Claimable Limited*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| CLAIMABLE LIMITED, | Case No.: 2:25-cv-02048-WBS-SCR |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES** |
| v. | |
| CLAIMABLE INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This matter came before this Court on the joint stipulated motion of the Parties to extend the deadlines concerning Defendant's Motion for Summary Judgment (Dkt. 30). The Parties Request that Plaintiff Claimable Limited's deadline to file its Opposition shall be June 19, 2026 and Defendant Claimable Inc.'s deadline to file its Reply shall be July 10, 2026.

It is hereby **ORDERED** that the Motion is granted. Plaintiff's deadline to file its

Opposition shall be **June 22, 2026** and Defendant's deadline to file its Reply shall be **July 10, 2026.**

IT IS SO ORDERED.


Dated:  June 4, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE