ETHAN JACOBS (CSB No. 291838)
ETHAN JACOBS LAW CORPORATION
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:    415.275.0845

ERIC BALL (CSB No. 241327)
eball@fenwick.com
JOAN LIU-KIM (CSB No. 342130)
joanieliu-kim@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendant
CLAIMABLE INC.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

CLAIMABLE LIMITED,

          Plaintiff,

   v.

CLAIMABLE INC.,

          Defendant.

Case No.: 2:25-cv-02048-WBS-SCR

**ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     This matter came before this Court on the joint stipulated motion of the Parties to extend the deadlines concerning Plaintiff's Cross-Motion for Summary Judgment on the Issue of Plaintiff's Trademark Rights (Dkt. 35-3) and Plaintiff's Motion for Summary Judgment on the Issue of Trademark Infringement (Dkt. 39). The Parties request that Defendant's deadline to file its Oppositions to both motions be extended to July 31, 2026 and Plaintiff's deadline to file its Replies be extended to August 21, 2026.

     It is hereby **ORDERED** that the Motion is granted. Defendant's deadline to file its Oppositions shall be **July 31, 2026** and Plaintiff's deadline to file its Replies shall be **August**

ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DEADLINES CONCERNING
MOTION FOR SUMMARY JUDGMENT

**21, 2026.** Further, the hearing on both parties' summary judgment motions is continued to **September  28, 2026 at 1:30 p.m. in Courtroom 5**.

IT IS SO ORDERED.

Dated:  July 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND DEADLINES CONCERNING MOTION FOR SUMMARY JUDGMENT