ETHAN JACOBS (CSB No. 291838)
ETHAN JACOBS LAW CORPORATION
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.275.0845

ERIC BALL (CSB No. 241327)
eball@fenwick.com
JOAN LIU-KIM (CSB No. 342130)
joanieliu-kim@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendant
CLAIMABLE INC.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CLAIMABLE LIMITED,<br>Plaintiff,<br>v.<br>CLAIMABLE INC.,<br>Defendant. | Case No.: 2:25-cv-02048-WBS-SCR<br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS** |

Defendant has submitted a request to file under seal an unredacted version of its reply in support of its motion for summary judgment. (Notice of Request and Request to File Under Seal ("Request"), Docket No. 56.) Having considered Defendant's Request, the parties' briefing, and argument on the Request, the Request is GRANTED.

IT IS SO ORDERED.

Dated: August 28, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE