Charles J. Meyer (pro hac vice)
Chris Roberts (pro hac vice)
cjmeyer@uspatent.com
croberts@uspatent.com
**WOODARD, EMHARDT, HENRY, REEVES & WAGNER, LLP,**
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
Telephone: (317) 634-3456

Dana J. Finberg (SB# 257459)
dfinberg@ohaganmeyer.com
**O'HAGAN MEYER**
One Embarcadero Center
Suite 2100
San Francisco, CA 94111
Telephone: (415) 578-6900

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| Claimable Limited<br><br>Plaintiff,<br><br>vs.<br><br>Claimable Inc.<br><br>Defendant. | Case No. 2:25-cv-02048-WBS-SCR<br><br>**GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS ON THE ISSUE OF TRADEMARK RIGHTS**<br><br>Date August 31, 2026<br>Time: 1:30 pm<br>Dept. Courtroom 5, 14th Floor<br>Judge: Hon. William B. Shubb |

Plaintiff has submitted a request to file under seal an unredacted version of its reply in support of motion for summary judgment and exhibits. (Notice of Request and Request to File Under Seal ("Request"), (Docket No. 66). Having considered Plaintiff's Request, the parties' briefing, and argument on the Request, the Request is GRANTED.

IT IS SO ORDERED:

Dated: August 28, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE