UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CLAIMABLE LIMITED,<br>Plaintiff,<br>v.<br>CLAIMABLE INC.,<br>Defendant. | No. 2:25-cv-02048 WBS SCR<br><br>ORDER |

----oo0oo----

Defendant's request for supplemental briefing (Docket No. 67) is GRANTED, for the sole purpose of responding to plaintiff's purportedly new reply evidence. Defendant's supplemental briefing shall not exceed five pages and shall be filed no later than September 18, 2026. Defendant's unopposed request to file a response to plaintiff's corrected statement of undisputed facts (Docket No. 63-1) is also GRANTED. Defendant shall file this response no later than September 18, 2026.

In light of the foregoing, hearing on the parties' motions for summary judgment is hereby CONTINUED to October 13,

2026 at 1:30 PM in Courtroom 5.

IT IS SO ORDERED.

Dated: September 14, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE