Charles J. Meyer (pro hac vice)
Chris Roberts (pro hac vice)
WOODARD, EMHARDT, HENRY, REEVES & WAGNER, LLP,
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
Telephone: (317) 634-3456
cjmeyer@uspatent.com
croberts@uspatent.com

Dana J. Finberg (SB# 257459)
O'HAGAN MEYER
One Embarcadero Center
Suite 2100
San Francisco, CA 94111
Telephone: (415) 578-6900
dfinberg@ohaganmeyer.com
ksinaj@ohaganmeyer.com

***Attorneys for Plaintiff, Claimable Limited***

Ethan Jacobs (CSB No. 291838)
ETHAN JACOBS LAW CORPORATION
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Eric Ball (CSB No. 241327)
eball@fenwick.com
Joan Liu-Kim (CSB No. 342130)
joanieliu-kim@fenwick.com
S. Emma Lee
emma.lee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

***Attorneys for Defendant, Claimable Inc.***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

Claimable Limited

Plaintiff,

vs.

Claimable Inc.

Defendant.

Case No. 2:25-cv-02048-WBS-SCR

**JOINT STIPULATION TO MODIFY THE PRE-TRIAL SCHEDULING ORDER TO ALLOW ADDITIONAL TIME FOR DISCOVERY**

The Parties hereby jointly stipulate to modify the Pre-Trial Scheduling Order (ECF No. 25) to allow additional time for the completion of discovery. In support hereof, the Parties state as follows:

1. The current deadline to complete fact discovery is **September 25, 2026**, and all motions to compel discovery must be noticed on the Magistrate's calendar by **September 25, 2026**. The Parties have scheduled certain depositions to occur, but due to discovery disputes and the parties' schedules,



O'HAGAN MEYER ATTORNEYS & ADVISORS

the depositions are unable to be completed by September 25, 2026. An extension of these deadlines until **October 26, 2026** is requested to allow the parties to complete discovery in an orderly manner.

2. The Pre-Trial Scheduling Order requires all motions to be filed by **November 20, 2026**. Summary judgement motions are already pending. This extension request will not affect the **November 20, 2026** deadline.

3. The Final Pre-Trial Conference is set for **February 8, 2027** and the jury trial is set for **April 6, 2027**. This extension request will not affect those deadlines.

For the foregoing reasons, the Parties respectfully submit that good cause supports the modifications and request that the Court grant this stipulation to modify the Pre-Trial Scheduling Order as set forth herein.

*s/ Charles J. Meyer*
Charles J. Meyer (pro hac vice)
Chris Roberts (pro hac vice)
WOODARD, EMHARDT, HENRY,
REEVES & WAGNER, LLP,
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
Telephone: (317) 634-3456
cjmeyer@uspatent.com
croberts@uspatent.com

Dana J. Finberg (SB# 257459)
O'HAGAN MEYER
One Embarcadero Center
Suite 2100
San Francisco, CA 94111
Telephone: (415) 578-6900
dfinberg@ohaganmeyer.com
ksinaj@ohaganmeyer.com

***Attorneys for Plaintiff, Claimable Limited***

*s/ Ethan Jacobs*
Ethan Jacobs (CSB No. 291838)
ETHAN JACOBS LAW CORPORATION
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Eric Ball (CSB No. 241327)
eball@fenwick.com
Joan Liu-Kim (CSB No. 342130)
joanieliu-kim@fenwick.com
S. Emma Lee
emma.lee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

***Attorneys for Defendant, Claimable Inc.***

#3645249



O'HAGAN MEYER ATTORNEYS & ADVISORS

Charles J. Meyer (pro hac vice)
Chris Roberts (pro hac vice)
WOODARD, EMHARDT, HENRY, REEVES & WAGNER, LLP,
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
Telephone: (317) 634-3456
cjmeyer@uspatent.com
croberts@uspatent.com

Dana J. Finberg (SB# 257459)
O'HAGAN MEYER
One Embarcadero Center
Suite 2100
San Francisco, CA 94111
Telephone: (415) 578-6900
dfinberg@ohaganmeyer.com
ksinaj@ohaganmeyer.com

***Attorneys for Plaintiff, Claimable Limited***

Ethan Jacobs (CSB No. 291838)
ETHAN JACOBS LAW CORPORATION
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845

Eric Ball (CSB No. 241327)
eball@fenwick.com
Joan Liu-Kim (CSB No. 342130)
joanieliu-kim@fenwick.com
S. Emma Lee
emma.lee@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

***Attorneys for Defendant, Claimable Inc.***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

Claimable Limited

Plaintiff,

vs.

Claimable Inc.

Defendant.

Case No. 2:25-cv-02048-WBS-SCR

**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO MODIFY THE PRE-TRIAL SCHEDULING ORDER TO ALLOW ADDITIONAL TIME FOR DISCOVERY**



O'HAGAN MEYER ATTORNEYS & ADVISORS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This matter came before this Court on the Parties' Joint Stipulation To Modify The Pre-Trial Scheduling Order To Allow Additional Time For Discovery. Having considered the parties' submission, it is hereby **ORDERED** that the Stipulation is granted. The following paragraph of the Pre-trial Scheduling Order is amended as follows:

> All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by **October 26, 2026**. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **October 26, 2026**.

All other dates in the Pre-Trial Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated: September 22, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE



O'HAGAN MEYER
ATTORNEYS & ADVISORS