Ethan Jacobs (CSB No. 291838)
ETHAN JACOBS LAW CORPORATION
ethan@ejacobslaw.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415.275.0845

Eric Ball (CSB No. 241327)
eball@fenwick.com
Joan Liu-Kim (CSB No. 342130)
joanieliu-kim@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

S. Emma Lee (CSB No. 344074)
emma.lee@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300

Attorneys for Defendant
Claimable Inc.

Charles J. Meyer (pro hac vice)
Chris Roberts (pro hac vice)
WOODARD, EMHARDT, HENRY, REEVES & WAGNER, LLP,
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204-5137
Telephone: (317) 634-3456
cjmeyer@uspatent.com
croberts@uspatent.com

Dana J. Finberg (CSB No. 257459)
O'HAGAN MEYER
One Embarcadero Center
Suite 2100
San Francisco, CA 94111
Telephone: (415) 578-6900
dfinberg@ohaganmeyer.com
ksinaj@ohaganmeyer.com

Attorneys for Plaintiff, Claimable Limited

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

CLAIMABLE LIMITED,

Plaintiff,

v.

CLAIMABLE INC.,

Defendant.

Case No.: 2:25-cv-02048-WBS-SCR

**ORDER GRANTING JOINT STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This matter came before the Court on the Parties' Joint Stipulation to Modify Pretrial Scheduling Order. The Court has considered the Parties' submission. The Court finds good cause under Federal Rule of Civil Procedure 16(b)(4) to modify the schedule. It is therefore

**ORDERED** that the Stipulation is **GRANTED**. The Status (Pretrial Scheduling) Order (Dkt. 25), as amended by Dkt. 89, is further amended as follows:

1. Discovery. Discovery is reopened only to take the deposition of non-party Elisa Cazzola by letter of request and to resolve any disputes about that deposition. That discovery, including any deposition for preservation of testimony, shall be completed by April 26, 2027 (previously October 26, 2026). The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.

2. Motions. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before May 20, 2027 (previously November 20, 2026). All motions shall be noticed for the next available hearing date.

3. Final Pretrial Conference. The Final Pretrial Conference is set for August 9, 2027, at 1:30 p.m. in Courtroom No. 5 (previously February 8, 2027). Counsel shall file separate pretrial statements. The contents of those statements and the time for filing them are governed by Local Rules 281 and 282, measured from the new Final Pretrial Conference date, and by the other provisions of the Scheduling Order.

4. Trial. The jury trial is set for October 5, 2027, at 9:00 a.m. in Courtroom No. 5 (previously April 6, 2027).

5. Settlement Conference. A Settlement Conference with a magistrate judge will be set at the time of the rescheduled Final Pretrial Conference. All other provisions of the Scheduling Order concerning the settlement conference remain in effect.

All other dates and terms of the Status (Pretrial Scheduling) Order, as amended, remain unchanged.

**IT IS SO ORDERED**.

Dated: November 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE